**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniels, Terrace dba Concept Distribution Services, LLC | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-10357 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
27 Sep 2021, 11:41:10, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322