**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Terrance Daniels | ) Chapter 13 |
| | ) Bankruptcy No. 20-10357amc |
| **Debtor(s)** ) | |

**ORDER**

AND NOW, this ___ day of _____, 2021, after consideration of the Motion to Abate and Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

**Date: December 15, 2021**

_____
                                        J.