United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10357-amc |
| Terrace Daniels | Chapter 13 |
| Terrace Daniels | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++         Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Terrace Daniels, MAILING ADDRESS, 315 News Street, Philadelphia, PA 19106-1132 |
| cr | + | Loandepot.Com, LLC, c/o MARIO J. HANYON, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnnotifications@creditacceptance.com | Dec 15 2021 23:32:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021                                     Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

**Name**                           **Email Address**

KERI P EBECK
    on behalf of Creditor VW Credit Leasing Ltd. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MARIO J. HANYON
    on behalf of Creditor Loandepot.Com LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 3

MARISA MYERS COHEN
    on behalf of Creditor LoanDepot.com LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor Cenlar FSB as servicer for LoanDepot.com, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHARON S. MASTERS
    on behalf of Debtor Terrace Daniels shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Terrance Daniels | ) Chapter 13 |
| | ) Bankruptcy No. 20-10357amc |
| Debtor(s) ) | |

### ORDER

       AND NOW, this ___ day of _____, 2021, after consideration of the Motion to Abate and Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

**Date: December 15, 2021**

_____
                                                             J.