Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
# for the Eastern District of Pennsylvania

_____

| | |
|---|---|
| In re  TERRACE DANIELS<br><br><br>Debtor | Case No. 20-10357 Chapter 13<br><br>**HEARING: 6/14/2023 at 11:00AM**<br>**IN COURTROOM NO. 4** |

## NOTICE OF MOTION

Debtor Terrace Daniels has filed papers with the court to sell real estate free and clear of liens and encumbrances

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion or you want the court to consider your views on the motion, then on or before **May 28, 2023,** you or your attorney must:

1. File with the court a response to the motion explaining your position at:

   Office of the Clerk
   United States Bankruptcy Court
   900 Market Street, Ste. 400
   Philadelphia, PA  19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to movant's attorney:

   Sharon S. Masters, Esquire
   132 Overleaf Drive
   Thorndale, PA  19372

2. Attend the hearing scheduled to be held on **June 14, 2023 at 11:00am in Courtroom No.  4,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Debtor/Movant

Date: ___5/12/2023_____