UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Terrace Daniels | : | Chapter 13 |
| | Debtor | | Case No. 20-10357 |

**CERTIFICATE OF SERVICE**

     I, Sharon S. Masters, Esq., counsel for Debtor, hereby certify that on this date, I served a true and correct copy of the Notice and Motion to Sell Property Free and Clear of Liens and Encumbrances electronically upon the U.S. Trustee and Chapter 13 Standing Trustee and on the following by first-class mail, postage prepaid:

Terrace Daniels
315 News St.
Philadelphia, PA  19106

Credit Acceptance
25505 W. 12 Mile Rd.
Ste. 3000
Southfield, MI  48034

JPMorgan Chase Bank
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave. Ste. 100
Boca Raton, FL  33487

Pennsylvania Dept of Revenue
Bankruptcy Division POB 280946
Harrisburg, PA  17128

Premier Bankcard, LLC
Jefferson Capital Systems LLC
POB 7999
St. Cloud, MN  56302

VW Credit, Inc.
POB 9013
Addison, TX  75001

American Express National Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355

Loan Depot
Cenlar FSB
Bk Dept.
425 Phillips Blvd.
Ewing, NJ 08618

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Midfirst Bank
c/o REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Bank of America
POB 982284
El Paso, TX 79998


Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118


Citibank
5800 S. Corporate Pl
Sioux Falls, SD 57108


Credit One Bank
POB 98872
Las Vegas, NV 89193

Discover Bank
POB 3025
New Albany, OH 43054

PYOD, LLC
Resurgent Capital Services POB
19008
Greenville, SC 29602

Loan Depot
4800 N. Scottsdale Rd. Ste. 3800
Scottsdale, AZ  85251

VW Credit
2333 Waukegan Rd.
Deerfield, IL  60015

VW Credit Leasing
c/o Keri Ebeck
Bernstein-Burkley
707 Grant St. Ste. 2200
Pittsburgh, PA  15219

Square Capital LLC
c/o RMS
POB 19253
Minneapolis, MN  55419

DMLuxury, LLC dba Modern Luxury
c/o Michael B. Gulley, Esq.
Szabo Assoc., Inc.
3355 Lenox Road NE, Ste. 945
Atlanta, GA  30326

Hartford Insurance
c/o Graham Carter, Esq.
Leviton Law Firm
One Pierce Place, Ste 725W
Itasca, IL  60143


                                        /s/ *Sharon S Masters, Esq.*
                                        Sharon S. Masters, Esq.
                                        Attorney for Debtor



Dated:  05/16/2023