IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   TERRACE DANIELS | : | CHAPTER 13 |
| Debtor | : | NO. 20-10357 |

**ESTIMATED DISTRIBUTION AT CLOSING ON SALE OF DEBTOR'S**

**PROPERTY AT 220 GRANT AVENUE, JERSEY CITY, NJ  07305**

| | |
|---|---|
| **SETTLEMENT DATE:** | July 21, 2023 |
| **BUYERS:** | Jonathan Rodriguez and James Rodriguez |
| **BROKER:** | Tonya Keyes, Keyes Red Door Realty |
| **SELLER'S REAL ESTATE ATTORNEY** | Novlet Lawrence, Esquire |
| **TITLE AGENT** | Vital Abstract, LLC |

| | |
|---|---|
| **PURCHASE PRICE:** | $650,000.00 |
| **BROKER'S COMMISSION:** | $ 19.500.00 |
| **OTHER CLOSING COSTS:** | $ 7,870.00 |
| **ESCROW FOR WATER/SEWER:** | $ 600.00 |
| **ESTIMATED MORTGAGE PAYOFF (LOAN DEPOT, LLC)** | $ 223,781.65 |
| **CHAPTER 13 PLAN PAYOFF:** | $ 44,382.00 |
| **TOTAL** | $ 296,133.55 |
| **BALANCE TO DEBTOR** | $ 353,866.45 |