| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-10357-AMC

Terrace Daniels  
315 News Street  
Philadelphia  PA    19106

Petition Filed Date: 01/18/2020  
341 Hearing Date: 04/24/2020  
Confirmation Date: 11/04/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $700.00 | | 09/08/2022 | $700.00 | | 10/07/2022 | $700.00 | |
| 11/07/2022 | $700.00 | | 12/07/2022 | $700.00 | | 01/11/2023 | $700.00 | |
| 02/07/2023 | $700.00 | | 03/07/2023 | $700.00 | | 04/07/2023 | $700.00 | |
| 05/08/2023 | $700.00 | | 06/07/2023 | $700.00 | | 07/10/2023 | $700.00 | |

**Total Receipts for the Period: $8,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Terrace Daniels | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SQUARE CAPITAL <br> »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP <br> »» 002 | Unsecured Creditors | $8,700.96 | $341.01 | $8,359.95 |
| 3 | DISCOVER BANK <br> »» 003 | Unsecured Creditors | $1,447.99 | $43.79 | $1,404.20 |
| 4 | PYOD LLC <br> »» 004 | Unsecured Creditors | $2,594.61 | $101.69 | $2,492.92 |
| 5 | CAPITAL ONE BANK (USA) NA <br> »» 005 | Unsecured Creditors | $7,139.29 | $279.81 | $6,859.48 |
| 6 | CAPITAL ONE BANK (USA) NA <br> »» 006 | Unsecured Creditors | $417.40 | $16.34 | $401.06 |
| 7 | PA DEPARTMENT OF REVENUE <br> »» 07A | Unsecured Creditors | $471.76 | $18.49 | $453.27 |
| 8 | PA DEPARTMENT OF REVENUE <br> »» 07B | Unsecured Creditors | $6,893.20 | $270.15 | $6,623.05 |
| 9 | PA DEPARTMENT OF REVENUE <br> »» 07C | Priority Crediors | $5,184.91 | $5,184.91 | $0.00 |
| 10 | PA DEPARTMENT OF REVENUE <br> »» 07D | Priority Crediors | $6,704.25 | $6,704.25 | $0.00 |
| 11 | CITIBANK NA <br> »» 008 | Unsecured Creditors | $2,748.00 | $107.69 | $2,640.31 |
| 12 | DMLUXURY LLC <br> »» 009 | Unsecured Creditors | $6,250.00 | $244.96 | $6,005.04 |
| 13 | CHASE BANK USA NA <br> »» 010 | Unsecured Creditors | $5,475.31 | $214.59 | $5,260.72 |
| 14 | CITIBANK NA <br> »» 011 | Unsecured Creditors | $1,474.18 | $44.60 | $1,429.58 |

**Chapter 13 Case No. 20-10357-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $411.45 | $16.12 | $395.33 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $339.45 | $0.00 | $339.45 |
| 17 | VW CREDIT LEASING LTD<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $317.18 | $0.00 | $317.18 |
| 19 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $5,026.94 | $197.02 | $4,829.92 |
| 20 | VW CREDIT LEASING LTD<br>»» 017 | Unsecured Creditors | $3,207.77 | $125.72 | $3,082.05 |
| 21 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $17,756.61 | $695.93 | $17,060.68 |
| 22 | PYOD LLC<br>»» 019 | Unsecured Creditors | $537.08 | $16.23 | $520.85 |
| 23 | MIDFIRST BANK<br>»» 020 | Mortgage Arrears | $6,652.98 | $6,652.98 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,000.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $21,276.28 | Arrearages: | ($700.00) |
| Paid to Trustee: | $2,030.00 | Total Plan Base: | $66,282.00 |
| Funds on Hand: | $693.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.