**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| In re   Terrace Daniels | : | Chapter 13 |
| | : | No. 20-10357amc |
| | : | **HEARING DATE:** |
| | : | **4/24/2024 at 10:00AM** |
| | | **IN COURTROOM 4** |

## NOTICE OF MOTION TO ABATE PAYMENTS AND MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

**Debtor has filed papers with the court to ask for an order to abate payments for four months and permit modification of the Chapter 13 Plan post-confirmation.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion or if you want the court to consider your views on the Motion, then on or before **April 4, 2024,** you or your attorney must:

1. File with the court an answer or objection explaining your position at Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert Nix, Sr. Courthouse, 900 Market Street, Ste. 400, Philadelphia, PA 19107.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: .
Sharon S. Masters, Esq.
132 Overleaf Drive
Thorndale, PA  19372

2. **Attend the hearing scheduled to be on April 2 4, 202 4 at 10:00am in Courtroom No. 4.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

/s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
132 Overleaf Drive
Thorndale, PA  19372
Attorney for Debtor