**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        Chapter 13
TERRACE DANIELS                     :        Case No. 20-10357
              Debtor.

**ORDER**

AND NOW, this ____ day of April, 2024, after consideration of the Motion to Sell

Real Estate Free and Clear of Liens and Encumbrances pursuant to 11 U.S.C. Section 363(f),

responses thereto and the entire record, it is hereby ORDERED that the Motion is

GRANTED.  Distribution of sale proceeds shall be made in accordance with the attached,

adjusted as of the closing date. The amount necessary to pay off the Chapter 13 Plan shall be

paid to the Chapter 13 Standing Trustee at closing on the Property, and a copy of the fully-

executed HUD is to be sent to the office of the Chapter 13 Standing Trustee within seven (7)

days of closing.

_____
                                                                                J.

IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   TERRACE DANIELS                    :              CHAPTER 13

        Debtor                             :              NO. 20-10357

## ESTIMATED DISTRIBUTION AT CLOSING ON SALE OF DEBTOR'S

## PROPERTY AT 220 GRANT AVENUE, JERSEY CITY, NJ  07305

**SETTLEMENT DATE:**             April 24, 2024

**BUYERS:**                      Jonathan Rodriguez and James Rodriguez

**BROKER:**                      Tonya Keyes, Keyes Red Door Realty

**SELLER'S REAL ESTATE ATTORNEY**    Novlet Lawrence, Esquire

**TITLE AGENT**                  Vital Abstract, LLC


**PURCHASE PRICE:**              $650,000.00

**BROKER'S COMMISSION:**                          $   19.500.00

**OTHER CLOSING COSTS:**                          $    7,870.00

**ESCROW FOR WATER/SEWER:**                       $      600.00

**ESTIMATED MORTGAGE PAYOFF (LOAN DEPOT, LLC)**   $ 223,781.65

**CHAPTER 13 PLAN PAYOFF:**                       $   71,103.80


**TOTAL**                                         $ 312,855.45


**BALANCE TO DEBTOR**                             $ 337,144.55