United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10357-amc |
|---|---|
| Terrace Daniels | Chapter 13 |
| Terrace Daniels | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Terrace Daniels, 220 Grant Avenue, Jersey City, NJ 07305-1511 |
| db | +++ | Terrace Daniels, MAILING ADDRESS, 315 News Street, Philadelphia, PA 19106-1132 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 21, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KERI P EBECK | |
| | on behalf of Creditor VW Credit Leasing  Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Loandepot.Com  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | |
| | on behalf of Creditor Cenlar  FSB as servicer for LoanDepot.com, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHARON S. MASTERS
    on behalf of Debtor Terrace Daniels shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TERRACE DANIELS | : | Case No. 20-10357 |
| Debtor. | | |

## AMENDED ORDER

AND NOW, this 19th day of April, 2024, after consideration of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances pursuant to 11 U.S.C. Section 363(f), responses thereto and the entire record, it is hereby ORDERED that the Motion is GRANTED. Distribution of sale proceeds shall be made in accordance with the attached, adjusted as of the closing date. The amount necessary to pay off the Chapter 13 Plan shall be paid to the Chapter 13 Standing Trustee at closing on the Property, and a copy of the fully-executed HUD is to be sent to the office of the Chapter 13 Standing Trustee within seven (7) days of closing.

_____
Ashely M. Chan
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  TERRACE DANIELS | : | CHAPTER 13 |
| Debtor | : | NO. 20-10357 |

### ESTIMATED DISTRIBUTION AT CLOSING ON SALE OF DEBTOR'S PROPERTY AT 220 GRANT AVENUE, JERSEY CITY, NJ 07305

| | |
|---|---|
| **SETTLEMENT DATE:** | April 24, 2024 |
| **BUYERS:** | Jonathan Rodriguez and James Rodriguez |
| **BROKER:** | Tonya Keyes, Keyes Red Door Realty |
| **SELLER'S REAL ESTATE ATTORNEY** | Novlet Lawrence, Esquire |
| **TITLE AGENT** | Vital Abstract, LLC |

| | | |
|---|---|---|
| **PURCHASE PRICE:** | $650,000.00 | |
| **BROKER'S COMMISSION:** | | $  19.500.00 |
| **OTHER CLOSING COSTS:** | | $   7,870.00 |
| **ESCROW FOR WATER/SEWER:** | | $      600.00 |
| **ESTIMATED MORTGAGE PAYOFF (LOAN DEPOT, LLC)** | | $ 223,781.65 |
| **CHAPTER 13 PLAN PAYOFF:** | | $  71,103.80 |
| **TOTAL** | | $ 312,855.45 |
| **BALANCE TO DEBTOR** | | $ 337,144.55 |