**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Terrance Daniels                                          ) Chapter 13

                                                           ) Bankruptcy No. 20-10357amc

                Debtor(s) )

**ORDER**

AND NOW, this 25th day of  April , 2024, after consideration of the Motion to Abate and Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

_____
                                                                                 J.