United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terrace Daniels  
Terrace Daniels  
    Debtors

Case No. 20-10357-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 25, 2024      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Terrace Daniels, 220 Grant Avenue, Jersey City, NJ 07305-1511 |
| db | +++ | Terrace Daniels, MAILING ADDRESS, 315 News Street, Philadelphia, PA 19106-1132 |
| cr | + | Loandepot.Com, LLC, c/o MARIO J. HANYON, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14454577 | + | 12 VerizonWireless, 16 McLeland Rd., St. Cloud, MN 56303-2198 |
| 14565628 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14480284 | + | DMLuxury, LLC, c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 14454580 | + | Hartford Insurance, c/o Graham Carter, Esq., Leviton Law Firm, One Pierce Place, Ste 725W, Itasca, IL 60143-1234 |
| 14454574 | + | JCP, POB 15369, Wilmington, DE 19850-5369 |
| 14499381 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department,, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14480908 | | Loandepot.Com, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14454579 | + | Modern Luxury, c/o Michael B. Gulley, Esq., Szabo Assoc., Inc., 3355 Lenox Road NE, Ste. 945, Atlanta, GA 30326-1395 |
| 14469154 | + | Square Capital, c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 14556132 | + | loanDepot.com, LLC, c/o Lauren M. Moyer, Esq, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14487977 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2024 00:38:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 01:23:17 | BBY/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14495729 | | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2024 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14565498 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 26 2024 00:28:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14454569 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:49:17 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |
| 14478150 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 00:38:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14454570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 01:33:34 | Citi, POB 6217, Sioux Falls, SD 57117-6217 |
| 14479122 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 00:38:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-10357-amc   Doc 136   Filed 04/27/24   Entered 04/28/24 00:33:15   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14472110 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 26 2024 00:28:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14454571 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2024 01:33:32 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 14454572 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 00:28:00 | Discover Bank, POB 15316, Wilmington, DE 19850 |
| 14472829 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14454573 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2024 00:38:08 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14486705 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14481079 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14454575 | + | Email/Text: bknotification@loandepot.com | Apr 26 2024 00:29:00 | Loan Depot, 4800 N. Scottsdale Rd. Ste. 3800, Scottsdale, AZ 85251-7618 |
| 14638906 | ^ | MEBN | Apr 25 2024 23:53:09 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637055 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 26 2024 00:37:59 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14473678 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:59 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14478648 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14482007 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 00:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14454578 | + | Email/Text: bankruptcynotices@squareup.com | Apr 26 2024 00:29:00 | Square Capital LLC, 1455 Market Street, Ste. 600, MSC 717, San Francisco, CA 94103-1332 |
| 14454576 | | Email/Text: vci.bkcy@vwcredit.com | Apr 26 2024 00:29:00 | VW Credit, 2333 Waukegan Rd., Deerfield, IL 60015 |
| 14483550 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 26 2024 00:28:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14488284 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 38 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KERI P EBECK
on behalf of Creditor VW Credit Leasing  Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON
on behalf of Creditor Loandepot.Com  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
on behalf of Creditor Cenlar  FSB as servicer for LoanDepot.com, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
on behalf of Creditor LoanDepot.com  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SHARON S. MASTERS
on behalf of Debtor Terrace Daniels shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Terrance Daniels ) Chapter 13

) Bankruptcy No. 20-10357amc

Debtor(s) )

## ORDER

AND NOW, this 25th day of April, 2024, after consideration of the Motion to Abate and Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

_____
J.