United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10357-amc |
| Terrace Daniels | Chapter 13 |
| Terrace Daniels | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Terrace Daniels, 220 Grant Avenue, Jersey City, NJ 07305-1511 |
| db | +++ | Terrace Daniels, MAILING ADDRESS, 315 News Street, Philadelphia, PA 19106-1132 |
| 14454577 | + | 12 VerizonWireless, 16 McLeland Rd., St. Cloud, MN 56303-2198 |
| 14565628 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14480284 | + | DMLuxury, LLC, c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 14454580 | + | Hartford Insurance, c/o Graham Carter, Esq., Leviton Law Firm, One Pierce Place, Ste 725W, Itasca, IL 60143-1234 |
| 14454574 | + | JCP, POB 15369, Wilmington, DE 19850-5369 |
| 14499381 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department,, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14480908 | | Loandepot.Com, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14454579 | + | Modern Luxury, c/o Michael B. Gulley, Esq., Szabo Assoc., Inc., 3355 Lenox Road NE, Ste. 945, Atlanta, GA 30326-1395 |
| 14469154 | + | Square Capital, c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 14556132 | + | loanDepot.com, LLC, c/o Lauren M. Moyer, Esq, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 25 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14487977 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2024 00:21:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 00:21:44 | BBY/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14495729 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 25 2024 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14565498 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 25 2024 00:08:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14454569 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2024 00:21:53 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |
| 14478150 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2024 00:21:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14454570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 00:21:48 | Citi, POB 6217, Sioux Falls, SD 57117-6217 |
| 14479122 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 00:21:53 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14472110 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 25 2024 00:08:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14454571 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2024 00:21:48 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 14454572 | | Email/Text: mrdiscen@discover.com | Jun 25 2024 00:08:00 | Discover Bank, POB 15316, Wilmington, DE 19850 |
| 14472829 | | Email/Text: mrdiscen@discover.com | Jun 25 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14454573 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 25 2024 00:21:43 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14486705 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2024 00:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14481079 | + | Email/Text: RASEBN@raslg.com | Jun 25 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14454575 | + | Email/Text: bknotification@loandepot.com | Jun 25 2024 00:09:00 | Loan Depot, 4800 N. Scottsdale Rd. Ste. 3800, Scottsdale, AZ 85251-7618 |
| 14638906 | ^ | MEBN | Jun 25 2024 00:08:04 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14637055 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 25 2024 00:21:44 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14473678 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2024 00:21:53 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14478648 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14482007 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2024 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14454578 | + | Email/Text: bankruptcynotices@squareup.com | Jun 25 2024 00:09:00 | Square Capital LLC, 1455 Market Street, Ste. 600, MSC 717, San Francisco, CA 94103-1332 |
| 14454576 | | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2024 00:09:00 | VW Credit, 2333 Waukegan Rd., Deerfield, IL 60015 |
| 14483550 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 25 2024 00:08:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14488284 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 24, 2024 | Form ID: 138OBJ | Total Noticed: 37

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:**

**Name** | **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KERI P EBECK
  on behalf of Creditor VW Credit Leasing Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON
  on behalf of Creditor Loandepot.Com LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
  on behalf of Creditor Cenlar FSB as servicer for LoanDepot.com, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
  on behalf of Creditor LoanDepot.com LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

SHARON S. MASTERS
  on behalf of Debtor Terrace Daniels shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Terrace Daniels

        Debtor(s)                          Case No: 20−10357−amc

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/24/24

140 − 139
Form 138OBJ