UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT PENNSYLVANIA

IN RE:       Terrace Daniels            :        Chapter 13

           Debtor                    :        Case No. 20-10357

                                                              **PRAECIPE FOR CHANGE OF ADDRESS**

TO THE CLERK:

Kindly change Debtor's address to the following:

228 Bartholdi Ave.
Jersey City, NJ  07305

Thanks.

                                                    */s/ Sharon S. Masters*
                                                    Sharon S. Masters, Esquire
                                                    Attorney for Debtor

Dated: 7/5/2024