| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10357-AMC

| | |
|---|---|
| Terrace Daniels | Petition Filed Date: 01/18/2020 |
| 228 Bartholdi Ave | 341 Hearing Date: 04/24/2020 |
| Jersey City  NJ    07305 | Confirmation Date: 11/04/2020 |

Case Status: Completed on 5/29/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $700.00 | | 09/08/2023 | $700.00 | | 10/10/2023 | $700.00 | |
| 11/07/2023 | $700.00 | | 12/07/2023 | $700.00 | | 01/09/2024 | $700.00 | |
| 02/07/2024 | $700.00 | | 04/08/2024 | $1.00 | | 05/07/2024 | $1.00 | |
| 05/29/2024 | $71,103.80 | 35242  RE sale | | | | | | |

**Total Receipts for the Period: $76,005.80    Amount Refunded to Debtor Since Filing: $1.00   Total Receipts Since Filing: $99,305.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Terrace Daniels | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | SQUARE CAPITAL »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP »» 002 | Unsecured Creditors | $8,700.96 | $8,700.96 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,447.99 | $1,447.99 | $0.00 |
| 4 | PYOD LLC »» 004 | Unsecured Creditors | $2,594.61 | $2,594.61 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $7,139.29 | $7,139.29 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $417.40 | $417.40 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 07A | Unsecured Creditors | $471.76 | $471.76 | $0.00 |
| 8 | PA DEPARTMENT OF REVENUE »» 07B | Unsecured Creditors | $6,893.20 | $6,893.20 | $0.00 |
| 9 | PA DEPARTMENT OF REVENUE »» 07C | Priority Crediors | $5,184.91 | $5,184.91 | $0.00 |
| 10 | PA DEPARTMENT OF REVENUE »» 07D | Priority Crediors | $6,704.25 | $6,704.25 | $0.00 |
| 11 | CITIBANK NA »» 008 | Unsecured Creditors | $2,748.00 | $2,748.00 | $0.00 |
| 12 | DMLUXURY LLC »» 009 | Unsecured Creditors | $6,250.00 | $6,250.00 | $0.00 |
| 13 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $5,475.31 | $5,475.31 | $0.00 |
| 14 | CITIBANK NA »» 011 | Unsecured Creditors | $1,474.18 | $1,474.18 | $0.00 |

**Chapter 13 Case No. 20-10357-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $411.45 | $411.45 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $339.45 | $339.45 | $0.00 |
| 17 | VW CREDIT LEASING LTD<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $317.18 | $317.18 | $0.00 |
| 19 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $5,026.94 | $5,026.94 | $0.00 |
| 20 | VW CREDIT LEASING LTD<br>»» 017 | Unsecured Creditors | $3,207.77 | $3,207.77 | $0.00 |
| 21 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $17,756.61 | $17,756.61 | $0.00 |
| 22 | PYOD LLC<br>»» 019 | Unsecured Creditors | $537.08 | $537.08 | $0.00 |
| 23 | MIDFIRST BANK<br>»» 020 | Mortgage Arrears | $6,652.98 | $6,652.98 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Terrace Daniels | Debtor Refunds | $1.00 | $1.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $99,305.80 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $89,752.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $9,553.48 | Total Plan Base: | $99,304.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.